### File Hashes for IP Address 50.134.253.76

**ISP:** Comcast Cable
**Physical Location:** Fort Collins, CO

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/06/2013 19:26:45 | 0F533F5FEE2B182C79790FD6858368867C68C1CF | Simply Stunning |
| 05/03/2013 16:53:09 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 05/03/2013 16:39:20 | 5BD9522A089E8895C70B3AE7D6C552290EFA2529 | Red Satin |
| 05/03/2013 16:38:39 | 8F900BFEF0A5AC1E3A2EAFF4E633C77905BEA1B4 | Circles of Bliss |
| 05/03/2013 16:38:07 | 8AB079B90C236A821FB59840278A42ABD96C4522 | Another Night |
| 05/03/2013 04:15:00 | 01FBE453B518849DA8D200AE68E00329C17998E7 | Fashion Models |
| 05/03/2013 03:25:50 | 755FD23134D73F9EE828E6687A0446332D9B2EAA | Bottoms Up |
| 04/11/2013 00:00:05 | 3944FD28AFDA2474492A7AE967DBC7AC6569CEED | Apartment Number Four |
| 04/08/2013 23:59:43 | 201D116E4E377796C084F4A028F0E085E1A73E16 | Late for Work |
| 03/03/2013 16:59:11 | CC5675FABA61E592BB096A256349FD3D1BEDA648 | Working Out Together |
| 03/03/2013 06:18:53 | 830BF8A78DCD921DA6BBF121A9D685B9039D3B45 | Sacred Romance |
| 03/03/2013 06:15:34 | 5BDD74031842A0D4A6F3C19599D0D18F5732ABE4 | Constance Aaron X-Art on TV |
| 03/03/2013 06:07:33 | 48B095F8A5347BB6FF7CB146F2BD9497A55A7128 | Yoga Master and Student |
| 03/03/2013 06:01:10 | E1BDAB150289D93E1AA4D764287C2DF2F0CA8C22 | Formidable Beauty |
| 03/03/2013 05:24:32 | FD09D8CD8360B7C799F8FE957298C92EE492DF81 | The Spanish Garden |
| 03/03/2013 05:18:54 | FD76AEB1D88C1CC38E67D058D9F9A0DE28553F41 | A Little Rain Must Fall |
| 03/03/2013 02:24:36 | 94A9A7F634E161A4CF0480AE21D7FA0C30BD934B | Ready for Bed |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CO171