**Copyrights-In-Suit for IP Address 50.134.253.76**

**ISP:** Comcast Cable
**Location:** Fort Collins, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 03/03/2013 |
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 05/03/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/11/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 05/03/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 05/03/2013 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 03/03/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 05/03/2013 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 03/03/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 04/08/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/03/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 05/03/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 03/03/2013 |
| Simply Stunning | PENDING | 05/03/2013 | 05/12/2013 | 05/06/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 05/03/2013 |
| The Spanish Garden | PA0001791352 | 07/15/2011 | 05/25/2012 | 03/03/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 03/03/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 03/03/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 17**

EXHIBIT B

CO171