**Expanded Surveillance of IP Address 50.134.253.76**

**ISP:** Comcast Cable
**Location:** Fort Collins, CO

| Hit Date  UTC | Filename |
| --- | --- |
| 05/23/2013 | WowPorn.13.05.19.Denisa.Heaven.And.Janee.Burning.Lips.XXX.1080p.MP4-KTR |
| 05/23/2013 | X.Art.The.Young.and.he.Restless.Scarlet.XxX |
| 05/23/2013 | WowPorn.Bailey.A.Sandy.Whitney.XXx |
| 05/23/2013 | WowGirls Sandy On Cock XXX HD 1080p |
| 05/23/2013 | YoungLegalPorn - La Vie En Rose - Natasha Von, Penelope [1080p].mp4 |
| 05/23/2013 | [WowPorn] Alexis Crystal (Attacked From All Sides) [2013] [1080].mp4 |
| 05/23/2013 | YoungLegalPorn.13.05.15.Meddie.Too.Hot.In.My.Bedroom.Today.XXX.1080p.MP4-KTR[rarbg] |
| 05/23/2013 | X-Art.13.04.15.Alice.Old.Enough.To.Know.Better.XXX.1080p.MP4-KTR[rarbg] |
| 05/23/2013 | 18OnlyGirls - Hailey Loves It Anally [1080p].mp4 |
| 05/23/2013 | Darkwatch.PS2DVD-Allstars |
| 05/23/2013 | YoungLegalPorn - Zoe - Shy But Horny (1080p).wmv |
| 05/23/2013 | 18OnlyGirls Addison Explore My Hole XXX HD 1080p |
| 05/23/2013 | X-Art.com_13.04.29.Bunny.Bottoms.Up.XXX.iMAGESET-P4L[rarbg] |
| 05/23/2013 | [FSX] CaptainSim 767 AIO.rar |
| 05/23/2013 | Ariel_In_Wonderland.mp4 |
| 05/23/2013 | 18OnlyGirls.13.05.04.Paula.Shy.Fun.Before.Breakfast.XXX.1080p.MP4-KTR[rarbg] |
| 05/23/2013 | YoungLegalPorn - Anjelica - Intimate Caresses (720p).mp4 |
| 05/23/2013 | WowPorn - Let's Make Some Noise - Aimee Ryan [720p].mp4 |
| 05/23/2013 | Two.-.-.-.-.Boys and.-.-.-.a Girl Beatrice.wmv |
| 05/23/2013 | X-Art - Falling For You - Lia Lor [1080p].mp4 |
| 05/23/2013 | YoungLegalPorn - Pink Pleasure - Luiza [1080p].mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 05/21/2013 | YoungLegalPorn.Delphina.A.Naughty.Daughter.XXx |
| 05/21/2013 | X-Art - Lexi Belle, Mia Malkova - Truth Or Dare (1080p).mp4 |
| 05/21/2013 | X-Art.13.05.10.Baby.Names.XXX.1080p.MP4-KTR |
| 05/21/2013 | YoungLegalPorn.Kitana.A.You.Should.Study.Harder.XXx |
| 05/21/2013 | VA_-_50_Hardstyle_Tunes-2CD-2007-Noss |
| 05/21/2013 | YoungLegalPorn - Brianna - A Tasty Treat (1080p).mp4 |
| 05/21/2013 | [YoungLegalPorn] Jennifer and Mya (Shocked Pussy) [2013] [1080].mp4 |
| 05/21/2013 | PBMix20052007 |
| 05/21/2013 | Himmatwala (2013) Hindi DVDRip XviD |
| 05/21/2013 | YoungLegalPorn.Zaya.Be.My.Prince.XXx |
| 05/21/2013 | X-Art.com_13.04.24.Angelica.Getting.Down.XXX.iMAGESET-P4L[rarbg] |
| 05/21/2013 | X-Art.13.04.19.Bunny.And.Scarlet.Fashion.Models.XXX.1080p.MP4-KTR[rarbg] |
| 05/21/2013 | Mushroom.Growing.Made.Easy.2003.DVDRip.XviD-EPiC.avi |
| 05/21/2013 | Iwia_Penetration_Into_The_Wet_Kingdom_HD1080.mp4 |
| 05/21/2013 | YoungLegalPorn - Rising Desire - Silvie [1080p].mp4 |
| 05/21/2013 | WowPorn.13.05.09.Paula.Shy.Trash.My.Ass.XXX.1080p.MP4-KTR[rarbg] |
| 05/20/2013 | YoungLegalPorn.Burn.My.Vagina.XxX |
| 05/20/2013 | YoungLegalPorn - Ive Finished My Homework - Irina K [1080p].mp4 |
| 05/17/2013 | X-Art - Bunny Love - Bunny aka Chloe Foster [1080p].mp4 |
| 05/15/2013 | x-art_scarlet_secret_weapon_hd_1080.mp4 |
| 05/15/2013 | csv15full.exe |
| 05/15/2013 | Gabriel's Angel by Nora Roberts.zip |
| 05/15/2013 | www.TorrentSource.TO_Avatar1_der_herr_der_Elemente_TVrip_xvid |
| 05/15/2013 | Duck Dynasty.rar |
| 05/09/2013 | Alexis Crystal_Crossing_Of_Restrictions_HD1080.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 05/09/2013 | YoungLegalPorn - Who Needs Clothes - Anita E [1080p].mp4 |
| 05/09/2013 | X-Art.13.05.03.Sandra.Simply.Stunning.XXX.1080p.MP4-KTR[rarbg] |
| 05/09/2013 | X-Art - Scarlet - The Young And The Restless (HD 1080p).mp4 |
| 05/09/2013 | NHL-Kings-Avalanche-2ndPeriod-Dec28-Xvid |
| 05/09/2013 | Dean Koontz - 77 Shadow Street.epub |
| 05/09/2013 | x-art_scarlet_the_young_and_the_restless_720.wmv |
| 05/09/2013 | YoungLegalPorn.13.05.05.Grace.C.Blondes.Have.All.The.Fun.XXX.1080p.MP4-KTR[rarbg] |
| 05/06/2013 | Fire.with.Fire.2012.L1.BDRip.720p.mkv |
| 05/06/2013 | oliver.beene.211.fallout.pdtv-lol.avi |
| 05/03/2013 | x-art_sandra_simply_beautiful_1080.mov |
| 05/03/2013 | X-Art.13.03.20.Addison.Circles.Of.Bliss.XXX.1080p.MOV-KTR[rarbg] |
| 05/03/2013 | Kristy_Lust__Lust_Cinema_Tuesday!_Anal_Kamasutra_HD1080.mp4 |
| 05/03/2013 | YoungLegalPorn.13.05.04.Lorena.Blondie.Pussy.Wants.More.XXX.1080p.MP4-KTR[rarbg] |
| 05/03/2013 | Jay-Z_and_Nas-Gods_Black_(Mixed_and_Produced_by_Milio)-2004 |
| 05/03/2013 | X-Art - Spilled Milk - Angelica [1080p].mov |
| 05/03/2013 | X-Art.13.03.13.Bunny.Another.Night.XXX.1080p.MP4-KTR[rarbg] |
| 05/03/2013 | Brownsville Station - Motorcity Connection (1975)  [2005 re-issue @256] |
| 05/03/2013 | YoungLegalPorn - Sultry Lips [720p].mp4 |
| 05/03/2013 | X-Art - Bunny - Bottoms Up (1080p).mp4 |
| 05/03/2013 | x-art_capri_tyler_green_eyes_720.wmv |
| 05/03/2013 | x-art_bunny_scarlet_tyler_fashion_models_1080.mov |
| 05/03/2013 | YoungLegalPorn - Lets Try Anal - Rose [1080p].mp4 |
| 05/03/2013 | WowPorn.13.05.12.Nancey.Please.Be.Gentle.XXX.1080p.MP4-KTR[rarbg] |
| 05/03/2013 | x-art_mia_danny_red_satin_1080.mp4 |
| 05/03/2013 | My.Name.Is.Earl.S01E11.HDTV.XviD-LOL |

EXHIBIT C

CO171

| Hit Date UTC | Filename |
|---|---|
| 05/03/2013 | faithhill_misissipigirl_leno_hdtv_vinman.avi |
| 05/03/2013 | No Limit Holdem Secrets.wmv |
| 05/03/2013 | 02. Juno Reactor - High Energy Protons (1994)[320kbps][www.pctorrent.com] |
| 05/03/2013 | WowGirls - Be My Coach - Janee, Nancey [1080p].mp4 |
| 05/02/2013 | Klovn.S03E03.XVID.DANiSH.PDTV-DTV |
| 05/01/2013 | I_LOVE_LUCY_SEASON_2_DISC_5.ISO |
| 05/01/2013 | Hollow Years .MP3 |
| 05/01/2013 | YoungLegalPorn - Secret Room of Love [720p].mp4 |
| 04/29/2013 | X-Art-Collection-2013-1 [1080p] |
| 04/29/2013 | YoungLegalPorn.13.04.30.Anal.Kamasutra.XXX.INTERNAL.1080p.MP4-KTR[rarbg] |
| 04/28/2013 | WowPorn.13.05.03.Bailey.A.Sandy.And.Whitney.Three.Girls.And.One.Bed.XXX.1080p.MP4-KTR[rarbg] |
| 04/28/2013 | Broken City 2013 R5 NEW LiNE XViD-LPD |
| 04/28/2013 | WowGirls.13.04.29.Madonna.Juicy.Lips.XXX.1080p.MP4-KTR[rarbg] |
| 04/28/2013 | WOWGirls.13.02.18.Lauren.Orgasm.Obsessed.XXX.1080p.MP4-WOWGIRLS[rarbg] |
| 04/28/2013 | WowPorn.13.05.06.Aimee.Ryan.And.Cindy.Share.The.Load.XXX.1080p.MP4-KTR[rarbg] |
| 04/28/2013 | Nubiles.net_13.03.19.Lilly.Evans.Hardcore.XXX.IMAGESET-FuGLi |
| 04/28/2013 | Nancey_Catch_The_Housemaid_HD.mp4 |
| 04/28/2013 | YoungLegalPorn.13.04.27.Lollypop.So.Tight.And.Horny.XXX.1080p.MP4-KTR[rarbg] |
| 04/28/2013 | Paula Shy - Trash My Ass.mp4 |
| 04/28/2013 | Cindy_Behind_The_Bathroom_Door_HD1080.mp4 |
| 04/28/2013 | WowGirls - Naughty Starlet - Nancey [1080p].mp4 |
| 04/28/2013 | YoungLegalPorn - Nicol - A Massage After A Hard Day (1080p).mp4 |
| 04/27/2013 | YoungLegalPorn.13.04.26.Janee.Hi.Fi.Girl.XXX.1080p.MP4-KTR[rarbg] |
| 04/27/2013 | Cindy_Behind_The_Bathroom_Door_SD-chkm8te.mp4 |

EXHIBIT C

CO171

| Hit Date UTC | Filename |
|---|---|
| 04/27/2013 | WowGirls.13.05.02.Anjelica.Shoot.Your.Load.XXX.1080p.MP4-KTR[rarbg] |
| 04/26/2013 | YoungLegalPorn.13.04.25.Gaby.And.Silvie.What.Women.Want.XXX.1080p.MP4-KTR[PublicHash] |
| 04/26/2013 | [T-R] Hakkenden Touhou Hakken Ibun - 11 vostfr  [720x400] [XviD Mp3]_V2.avi |
| 04/26/2013 | WowGirls - Paloma And Klara - Lets Come Together (1080p).mp4 |
| 04/26/2013 | YoungLegalPorn.13.04.29.Iwia.And.Nikita.Pair.Of.Temptresses.XXX.1080p.MP4-KTR[rarbg] |
| 04/25/2013 | WowPorn.13.04.30.Anjelica.White.Meat.For.Anjelica.XXX.1080p.MP4-KTR[rarbg] |
| 04/23/2013 | Anjelica - Shoot Your Load.mp4 |
| 04/23/2013 | YoungLegalPorn - LollyPop - Fuck Fantastic Girl (1080p).mp4 |
| 04/18/2013 | WowPorn.13.04.27.Janee.And.Nancey.A.Close.Encounter.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | YoungLegalPorn.13.04.21.Connie.Surf.My.Pussy.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | YoungLegalPorn.13.04.11.Miela.A.Entertainment.For.Pussy.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | WowPorn.13.04.17.Aimee.Ryan.And.Nikol.Awesome.Threesome.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | WowGirls.13.04.24.Cindy.Call.Me.Your.Slut.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | YoungLegalPorn.13.04.15.Cindy.Sex.Is.Her.Mission.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | YoungLegalPorn.13.03.22.Jasmin.Dirty.Story.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | WowGirls.13.04.17.Lollypop.Love.These.Lips.XXX.1080p.MP4-KTR[rarbg] |
| 04/17/2013 | YoungLegalPorn - Fuck The Stranger - Denisa Heaven [720p].mp4 |
| 04/15/2013 | YoungLegalPorn - Anjelica - Spoil The Beauty (1080p).wmv |
| 04/15/2013 | WowPorn.13.04.22.Anjelica.Reveal.Your.Fucking.Skills.XXX.1080p.MP4-KTR[rarbg] |
| 04/15/2013 | WowPorn.13.04.24.Aimee.Ryan.Too.Much.Delight.XXX.1080p.MP4-KTR[rarbg] |
| 04/15/2013 | YoungLegalPorn.13.04.17.Eden.Sudden.Desire.XXX.1080p.MP4-KTR[rarbg] |
| 04/15/2013 | WowGirls.13.04.21.Leila.Eastern.Treasure.XXX.1080p.MP4-KTR[rarbg] |
| 04/15/2013 | WowGirls.13.04.19.Virginie.I.Love.My.Pussy.XXX.1080p.MP4-KTR[rarbg] |
| 04/15/2013 | YoungLegalPorn.13.04.19.Margot.A.Curly.Haired.Loneliness.XXX.1080p.MP4-KTR[rarbg] |
| 04/13/2013 | X-Art.13.04.11.Baby.Everlasting.Friendship.XXX.1080p.MOV-KTR |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 04/13/2013 | AnalAngels.Andrea.XXX.pornalized.com.wmv |
| 04/13/2013 | Clerks animated series |
| 04/11/2013 | Girls Night Out 320kbps Incl Cover Dk.rar |
| 04/11/2013 | X-Art.13.03.15.Kiera.Late.For.Work.XXX.1080p.MP4-KTR |
| 04/11/2013 | WowPorn.13.04.08.Nikol.Take.Me.Gently.XXX.1080p.MP4-KTR[rarbg] |
| 04/11/2013 | WowGirls.13.04.08.Paula.Shy.Horny.Fuck.After.School.XXX.1080p.MP4-KTR[rarbg] |
| 04/11/2013 | WowPorn.13.04.15.Paula.Shy.The.Reason.I.Came.XXX.1080p.MP4-KTR[rarbg] |
| 04/10/2013 | x-art_gianna_apartment4_720.mov |
| 04/10/2013 | Abby - Reveal Your Fucking Skills.mp4 |
| 04/09/2013 | WowPorn.13.04.12.Erica.Warm.My.Pussy.XXX.1080p.MP4-KTR[rarbg] |
| 03/14/2013 | X-Art - Afternoon Snack - Baby [720p].mp4 |
| 03/14/2013 | The Sundays - Reading, Writing and Arithmetic.rar |
| 03/14/2013 | X-Art-Collection-2012-2 [1080p] |
| 03/14/2013 | Lisa M - Respect (2006) - Reggaeton [www.torrentazos.com].rar |
| 03/14/2013 | prnfle1755x.wmv |
| 03/14/2013 | x-art_bunny_logan_another_night_720.mp4 |
| 03/14/2013 | All Killer No Filler.rar |
| 03/13/2013 | X Art |
| 03/03/2013 | X-Art-Collection-2012-3 [1080p] |
| 03/03/2013 | prnfle1501x.mov |
| 03/03/2013 | X.Art.Connie.Sacred.Romance.XXX.G0d0fP0rN.wmv |
| 03/03/2013 | MN6_Symbian.zip |
| 03/03/2013 | An Overview Of Recent Developments In Nanotechnology.pdf |
| 03/03/2013 | x-art_lexi_ready_for_bed_720-chkm8te.mp4 |
| 03/03/2013 | Focus On Advanced English Grammar Practice (Longman-1999) CAE.pdf |

EXHIBIT C

CO171

| Hit Date  UTC | Filename |
|---|---|
| 03/03/2013 | mattix_-_bli_som_forr.mp3 |
| 03/03/2013 | X-Art-2012-4 [1080p] |
| 03/03/2013 | Björn Afzelius 4 |
| 03/03/2013 | Cloud Atlas 2012 BDRip LiNE XviD -MiSTERE |
| 03/03/2013 | XART_mira_yoga_master_and_student_540.wmv |
| 03/03/2013 | Hellhammer - [1984] Apocalyptic Raids 1990 A.D |
| 03/03/2013 | Wild Wax Combo- jungle fever |
| 03/03/2013 | Sylver - Lay All Your Love On Me(2-4 Grooves Rmx).mp3 |
| 03/03/2013 | WWE Monday Night Raw 2007-02-26 DVD-SC-SDH |
| 03/03/2013 |  XART- Formidable Beauty - Beatrice [1080p].mp4 |
| 03/03/2013 | XARTt_kristen_working_out_together_720.wmv |
| 03/03/2013 | X-Art - Caprice and Sunshine (The Spanish Garden).wmv |
| 03/03/2013 | XART_angelica_a_little_rain_must_fall_1080.mov |
| 03/01/2013 | [ UsaBit.com ] - Bangkok.Bound.2010.DVDRip.XviD-SPRiNTER |
| 03/01/2013 | The.Oogieloves.in.the.Big.Balloon.Adventure.DVDRIP.Jaybob.mkv |
| 02/23/2013 | The.Layover.S02E09.New.Orleans.HDTV.x264-LOL.[VTV].mp4 |
| 02/16/2013 | x-art_francesca_perfectly_sexy.rar |
| 02/10/2013 | Met-Art.com.13.02.10.Ariel.Piper.Fawn.Donateur.XXX.iMAGESET-YAPG[rarbg] |
| 02/10/2013 | Met-Art.com.13.02.08.Sofia.G.Attributa.XXX.iMAGESET-PAYiSO[rarbg] |
| 01/14/2013 | Season One |
| 01/06/2013 | Taylor Swift |
| 12/25/2012 | Galen Beckett - Mrs Quent 01-03 (epub).rar |
| 12/22/2012 | ~Microsoft Office Select Edition 2013 15.0.4420.1017 VL (RU-EN) (64bit) Incl Activator  Only By THE RAIN |
| 12/21/2012 | MATLAB_R2012b_No_Crack_ISO |

EXHIBIT C

CO171

| Hit Date  UTC | Filename |
|---|---|
| 12/21/2012 | Mathematica 9 |
| 12/19/2012 | Leverage.S05E13.HDTV.x264-ASAP.mp4 |
| 12/19/2012 | Leverage.S05E09.HDTV.x264-ASAP.mp4 |
| 12/19/2012 | Leverage.S05E04.PROPER.HDTV.x264-EVOLVE.mp4 |
| 12/19/2012 | Leverage.S05E12.HDTV.x264-2HD.mp4 |

EXHIBIT C

CO171