IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01533-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 50.134.253.76,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary  Dismissal Without Prejudice of John Doe, subscriber assigned IP address 50.134.253.76, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 9, 2013, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  September 9, 2013

                                                      BY THE COURT:

                                                      s/ Wiley Y. Daniel
                                                      Wiley Y. Daniel
                                                      Senior United States District Judge